**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shannon O'Shea, | No. CV11-8102-PCT-DGC |
| Plaintiff, | |
| vs. | **ORDER** |
| OneWest Bank FSB, et al., | |
| Defendants. | |

Defendant OneWest Bank FSB ("OneWest") moves to dismiss the removed complaint. Doc. 5. Defendants Deutsche Bank National Trust Company ("Deutsche Bank") and Mortgage Electronic Registration Systems, Inc. ("MERS") join the motion to dismiss. Doc. 7. The Court will refer to these three defendants as "Moving Defendants."

Local Rule 7.2(c) requires a party opposing a motion to dismiss to file a response within fourteen (14) days after service of the motion. OneWest's motion was filed on July 11, and OneWest certifies that service by mail to Plaintiff occurred on the same day. Doc. 5 at 8. Deutsche Bank and MERS' motion to dismiss was filed on July 28, and service by mail was certified as having occurred on the same day. Doc. 7 at 3. Plaintiff pro se in this action challenging foreclosure has not filed a timely response.

Plaintiff shall file a response to both motions to dismiss by **August 19, 2011**. Failure to do so will result in a summary grant of both motions and dismissal of the claims against Moving Defendants pursuant to Local Rule 7.2(i).

Plaintiff is advised to become familiar with, and follow, the Federal Rules of Civil Procedure (available online at http://www.law.cornell.edu/rules/frcp/) and the Rules of the United States District Court for the District of Arizona ("Local Rules") (which may be obtained in the Clerk of Court's office or online at http://www.azd.uscourts.gov/azd/courtinfo.nsf/local+rules+2004?openview).

**IT IS ORDERED** that Plaintiff shall file a response to Moving Defendants' motions to dismiss on or before **August 19, 2011**.

Dated this 12th day of August, 2011.

David G. Campbell
United States District Judge